# UNITED STATES DISTRICT COURT
for the
District of Arizona

| | |
|---|---|
| United States of America<br>v.<br>Irving Gutierrez Reyes,<br>a.k.a.: Irving Gutierrez-Reyes,<br>(A 205 142 006)<br>*Defendant* | Case No. 17-463MJ |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of July 10, 2017, in the County of Maricopa, in the District of Arizona, the defendant violated Title 8, U.S.C. § 1326(a), a felony, and Title 8, U.S.C. § 1325(a)(2) a class B misdemeanor, an offense described as follows:

**See Attachment A Incorporated By Reference Herein**

I further state that I am a Deportation Officer.

This criminal complaint is based on these facts:

**See Attached Statement of Probable Cause Incorporated By Reference Herein**

REVIEWED BY: Charles E. Bailey, P.S. for SAUSA Brett Day

☒ Continued on the attached sheet.

*Complainant's signature*
Steven T. Case,
Deportation Officer
*Printed name and title*

Sworn to before me and signed in my presence.

Date: October 24, 2017

*Judge's signature*

City and state: Phoenix, Arizona

Michelle H. Burns,
United States Magistrate Judge
*Printed name and title*

# ATTACHMENT A

### Count 1

On July 10, 2017, Irving Gutierrez Reyes, an alien, was found in the United States of America at or near Phoenix, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States at or near Nogales, Arizona, on or about March 17, 2016, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a), a felony.

### Count 2

On July 10, 2017, at or near Phoenix, in the District of Arizona, Irving Gutierrez Reyes, an alien, did elude the examination or inspection by immigration officers in violation of Title 8, United States Code, Section 1325(a)(2), a class B misdemeanor.

## STATEMENT OF PROBABLE CAUSE

I, Steven T. Case, being duly sworn, hereby depose and state as follows:

1. Your affiant is a Deportation Officer with United States Immigration and Customs Enforcement (ICE). I have learned from direct participation in the investigation and from the reports and communications of other agents and officers the facts recited herein.

2. On July 10, 2017, Irving Gutierrez Reyes was booked into the Maricopa County Jail (MCJ) by the Phoenix Police Department on local charges. While incarcerated at the MCJ, Gutierrez Reyes was examined by ICE Officer B. Placencia who determined him to be a Mexican citizen, illegally present in the United States. On the same date, an immigration detainer was lodged with the MCJ. On October 23, 2017, Gutierrez Reyes was released from the MCJ and transported to the Phoenix ICE office for further investigation and processing. Gutierrez Reyes was held in administrative custody until his criminal and immigration records could be obtained and his identity confirmed.

3. Immigration history checks revealed Irving Gutierrez Reyes to be a citizen of Mexico and a previously deported criminal alien. Gutierrez Reyes was removed from the United States to Mexico at or near Nogales, Arizona, on or about March 17, 2016, pursuant to the reinstatement of an order of removal issued by an immigration judge. There is no record of Gutierrez Reyes in any Department of Homeland Security database to suggest that he obtained permission from the Secretary of the Department

of Homeland Security to return to the United States after his removal. Gutierrez Reyes' immigration history was matched to him by electronic fingerprint comparison.

4. Furthermore, there is no record of Irving Gutierrez Reyes in any Department of Homeland Security database to suggest that after his last removal from the United States he entered the United States at an official Port of Entry. Had Gutierrez Reyes presented himself at a Port of Entry, Department of Homeland Security records likely would reveal that information. Accordingly, your affiant believes that Gutierrez Reyes entered the United States at a location not designated as an official Port of Entry, and thereby eluded examination and inspection by Immigration Officers of the United States. Gutierrez Reyes' immigration history was matched to him by electronic fingerprint comparison.

5. On October 23, 2017, Irving Gutierrez Reyes was advised of his constitutional rights. Gutierrez Reyes freely and willingly acknowledged his rights and agreed to provide a statement under oath. Gutierrez Reyes stated that his true and complete name is "Irving Gutierrez Reyes," and that he is a citizen of Mexico. Gutierrez Reyes stated that he could not remember when or where he illegally entered the United States. Gutierrez Reyes further stated that he had been removed from the United States to Mexico two times and did not receive permission from the Secretary of the Department of Homeland Security to re-enter the United States after his removal.

6. For these reasons, this affiant submits that there is probable cause to believe that on or about July 10, 2017, Irving Gutierrez Reyes, an alien, was found in the United States of America at or near Phoenix, in the District of Arizona, after having been previously

denied admission, excluded, deported, and removed from the United States at or near Nogales, Arizona, on or about March 17, 2016, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a) and on or about July 10, 2017, at or near Phoenix, in the District of Arizona, Irving Gutierrez Reyes, an alien, did elude the examination or inspection by immigration officers in violation of Title 8, United States Code, Section 1325(a)(2).

_____
Steven T. Case,
Deportation Officer,
Immigration and Customs Enforcement

Sworn to and subscribed before me
this 24th day of October, 2017.

_____
Michelle H. Burns,
United States Magistrate Judge